# J·ROBBIN LAW

200 Business Park Drive
Suite 103
Armonk, NY 10504

*Phone:*      *(914)458-7902*
*Email:*      *David.wildermuth@jrobbinlaw.com*

June 1, 2026

**<u>Sent Via ECF</u>**
Honorable Steven L. Tiscione, U.S.M.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Courtroom 910, Chambers 914

   **Re**:  ***John Dash v. Resurgent Capital Services, LLP, et al.***
     **Case No.:  2:26-cv-02747-SJB-ST ("Action")**
     <u>**Request for Extension of Time**</u>

Dear Magistrate Judge Tiscione:

We represent Defendants, Halsted Financial Services, LLC ("Halstead"), Resurgent Capital Services, L.L.P. ("Resurgent Capital"), Resurgent Acquisitions LLC ("Resurgent Acquisitions") and LVNV Funding LLC ("LVNV") (together "Defendants") in the above referenced matter.

Pursuant to the Court's Individual Motion Practices and Rules, we are writing to request an extension of time to appear, answer, move or otherwise respond with respect to the Complaint filed by Plaintiff, John Dash to **July 3, 2026**.

The Complaint was filed with the Court on May 7, 2026.  LVNV was purportedly served on May 12, 2026.  Halstead was purportedly served on May 13, 2026. The docket does not reflect that Resurgent Capital or Resurgent Acquisitions have been served. Regardless, we respectfully request an extension of time on behalf of all Defendants to July 3, 2026, to appear, answer, move, or otherwise respond to the Complaint so that we can communicate with our client regarding this matter, investigate the allegations raised against Defendants, and prepare an adequate response to the Complaint.

# J·ROBBIN LAW

This is Defendants' first request to the Court for an extension of time in this Action.

We apologize for any inconvenience this may have caused the Court. We appreciate the Court's consideration of this request and anticipate its determination.

Respectfully submitted,

*/s/ David B. Wildermuth*
David B. Wildermuth

To:
John Dash
121 Brighton Way
Merrick, NY 11566-5021