**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JOHN DASH,<br>Plaintiff,<br>-against-<br><br>GOLDMAN SACHS BANK USA, HALSTED FINANCIAL SERVICES, LLC, RESURGENT CAPITAL SERVICES, L.P., RESURGENT ACQUISITIONS LLC, and LVNV FUNDING LLC,<br><br>Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Case No. 2:26-cv-02747-SJB-ST<br><br>**NOTICE OF SETTLEMENT** |

The undersigned counsel for Defendants Goldman Sachs Bank USA, Halstead Financial Services, LLC, Resurgent Capital, L.P., Resurgent Acquisitions LLC, and LVNV Funding LLC (collectively, "Defendants") and Plaintiff John Dash ("Plaintiff") hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendants in this action. The parties are finalizing the terms of the settlement agreement, and once the settlement agreement is fully executed, the parties shall file a Stipulation of Voluntary Dismissal with prejudice. It is respectfully requested that the matter, including all deadlines and conferences, be stayed.

Dated: New York, New York

September 22, 2026

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Lauren McCabe*

Lauren McCabe
Lauren.mccabe@morganlewis.com
101 Park Ave
New York, NY 10178
Tel: +1.212.309.6000
Fax: +1.212.309.6001

*Attorneys for Defendant Goldman Sachs Bank USA*

Dated: New York, New York

September 22, 2026

**JOHN DASH**

By: *s/ John Dash*

John Dash
121 Brighton Way
Merrick, NY 11566-5021
johndashiii@gmail.com

*Pro Se Plaintiff*

Dated: New York, New York

September 22, 2026

**J. ROBBIN LAW**

By: *s/ Jonathan Robbin*

Jonathan Robbin
200 Business Park Drive, Suite 103
Armonk, NY 10504
Jonathan.robbin@jrobbinlaw.com

*Attorneys for Defendants Halstead Financial Services, LLC, Resurgent Capital, L.P., Resurgent Acquisitions LLC, and LVNV Funding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 22, 2026, a copy of the foregoing was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Lauren McCabe*
Lauren McCabe